**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIS DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:21-CV-00014-HCA |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | STIPULATION FOR DISMISSAL |
| NESTLÉ PURINA PETCARE COMPANY | ) | WITH PREJUDICE |
| | ) | |
| Defendant. | ) | |

Plaintiff Willis Dean and Defendant Nestlé Purina PetCare Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice and without costs to either party.

Dated this 18th day of May, 2022.

By: /s/ Eric S. Mail
One of the Attorneys for Plaintiff

Eric S. Mail
Puryear Law, P.C.
3719 Bridge Avenue, Suite 6
Davenport, IA 52807
Telephone: 563.265.8344
eric@puryearlaw.com

By: /s/ Jesse R. Dill
One of the Attorneys for Defendant

Jesse R. Dill
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: 414.239.6410
jesse.dill@ogletree.com